**FIRST NATIONAL BANK OF BRADENTON v. CITY OF BRADENTON, et al.**

18 So. (2nd) 166                      January Term, 1944
May 26, 1944                                   En Banc

*W. L. Kimball* and *E. Calvin Johnson,* for appellant.

*Hubert Blakey,* for appellees.

PER CURIAM:

The Court having duly considered the appeal and cross appeal and no error appearing in the decree the same is affirmed.

BUFORD, C. J., TERRELL, BROWN, THOMAS, ADAMS and SEBRING, JJ., concur.

CHAPMAN, J., dissents.